AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of California

| | | |
|---|---|---|
| SOCIAL LIFE NETWORK, INC., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:21-cv-00767-L-MDD |
| LGH INVESTMENTS, LLC and LUCAS HOPPEL, | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants LGH INVESTMENTS, LLC and LUCAS HOPPEL                                                      .

Date:      05/11/2021                                        /s/Sean T. Prosser
                                                                *Attorney's signature*

                                                        Sean T. Prosser (SBN 163903)
                                                        *Printed name and bar number*
                                                Mintz Levin Cohn Ferris Glovsky and Popeo, PC
                                                        3580 Carmel Mountain Road, Suite 300
                                                                San Diego, CA 92130

                                                                *Address*

                                                        stprosser@mintz.com
                                                                *E-mail address*

                                                        (858) 314-2152
                                                                *Telephone number*

                                                        (858) 314-1501
                                                                *FAX number*